


1  James A. Stankowski (State Bar No. 106367)
   Marc V. Allaria (State Bar No. 168960)
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  555 South Flower Street, Suite 2900
   Los Angeles, California 90071
4  Telephone:(213) 443-5100
   Facsimile: (213) 443-5101
5  James.Stankowski@wilsonelser.com
   Marc.Allaria@wilsonelser.com
6

7  Attorneys for Defendant,
8  EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

NOTICE OF NONCOMPLIANCE

FILED
MAY 21 2008
U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
MAY 21 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

9  UNITED STATES DISTRICT COURT
10 EASTERN DISTRICT OF CALIFORNIA
11

12 PRAVIN PANCHAL, M.D.,                  ) Case No.: 1:08-CV-707-AWI-DLB
13                        Plaintiffs,    ) **DISCLOSURE STATEMENT**
                                          ) **[Federal Rule of Civil Procedure 7.1]**
14 v.                                     )
                                          ) Case Filing Date: January 15, 2008
15 EDUCATIONAL COMMISSION FOR            ) Trial Date:       None Set
   FOREIGN MEDICAL GRADUATES              )
16                                        )
                          Defendants.    )
17 _____)

18

19 TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN
20 DISTRICT OF CALIFORNIA AND TO PLAINTIFF/PETITIONER AND HIS
21 ATTORNEYS OF RECORD:
22      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant/Respondent
23 Educational Commission for Foreign Medical Graduates ("ECFMG"), by its
24 attorneys, submits the following Corporate Disclosure Statement:
25      1.    ECFMG has no parent corporation.
26      2.    No publicly held corporation owns 10% or more of the stock of
27 ECFMG.
28

1

**DISCLOSURE STATEMENT [Federal Rule of Civil Procedure 7.1]**

660179.1

These representations are made so as to enable this Court to evaluate possible disqualification or recusal.

Dated: May 2₁, 2008

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/
James A. Stankowski, Esq.
Marc V. Allaria, Esq.
Attorneys for Defendant
EDUCATIONAL COMMISSION
FOR FOREIGN MEDICAL
GRADUATES

2

**DISCLOSURE STATEMENT [Federal Rule of Civil Procedure 7.1]**

660179.1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, Suite 2900, Los Angeles, California 90071.

On **May 21, 2008**, I served the foregoing document described as **DISCLOSURE STATEMENT [Federal Rule of Civil Procedure 7.1]** on all interested parties, through their respective attorneys of record in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| Douglas B. Schwab, Esq.<br>LAW OFFICES OF DOUGLAS B. SCHWAB<br>23622 Calabasas Road, Suite 147<br>Calabasas, CA 91302 | *Attorneys for Plaintiff*<br>**Fax:** (818) 225-9902<br>**Phone:** (818) 225-9900 |
|---|---|

**XX** (BY MAIL) I caused such envelope(s) fully prepaid to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence or mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ (BY OVERNIGHT-FEDERAL EXPRESS) I caused said document(s) to be picked up by U.S. Federal Express Services for overnight delivery to the offices of the addressees listed on the Service List.

____ (BY HAND DELIVERY/PERSONAL SERVICE) I caused said document(s) to be personally delivered by a courier/attorney service to each addressee on the Service list.

____ (BY FACSIMILE) I caused said document(s) to be telephonically transmitted to each addressee's telecopier (Fax) number as noted.

JURISDICTION

____ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**XX** (State) I declare under penalty of perjury that the above is true and correct.

Executed on **May 21, 2008**, at Los Angeles, California.

*Irene Guzman-Buelna*

**DISCLOSURE STATEMENT [Federal Rule of Civil Procedure 7.1]**

660179.1