James A. Stankowski (State Bar No. 106367)
Marc V. Allaria (State Bar No. 168960)
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
James.Stankowski@wilsonelser.com
Marc.Allaria@wilsonelser.com

Attorneys for Defendants,
EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

**NOTICE OF NONCOMPLIANCE**
See L.R. 5-133(a) & (d)(3)
Filed in Paper on

MAY 21 2008
U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
MAY 21 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIN PANCHAL, M.D., <br><br> Plaintiff, <br><br> v. <br><br> EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES <br><br> Defendants. | Case No.: 1:08-CV-00707-AWI-DLB <br><br> **DECLARATION OF MARC V. ALLARIA IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT BY DEFENDANT/RESPONDENT** <br><br> Case Filing Date: January 15, 2008 <br> Trial Date: None Set |

TO THE UNITED STATES DISTIRCT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF/PETITIONER AND HIS ATTORNEYS OF RECORD:

I, Marc V. Allaria, declare:

1. I am an attorney duly admitted to practice in the State of California and before the District Court of the Eastern District of California. I am an associate at the law firm of Wilson Elser, counsel in this action for knowledge of the facts set forth in this declaration, and I could and would testify competently

1

DECLARATION OF MARC V. ALLARIA IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT BY DEFENDANT/RESPONDENT

660253.1

1  thereto if called upon to do so.

2      3.    I submit this Declaration in support of the Notice of Removal of Civil Action to United States District Court by Defendant/Respondent ("Notice of Removal") of an action filed in Superior Court of the State of California for the County of Sacramento, Case No. 34-2008-00001156-CU-WM-GDS (the "State Court Action").

    4.    On or about January 15, 2008, Petitioner/Plaintiff Pravin Panchal, M.D., an individual domiciled in California, commenced this action by filing a Petition for Writ of Mandate combined with a Complaint in the Superior Court of the State of California, County of Sacramento, entitled *Pravin Panchal, M.D. v. Educational Commission for Foreign Medical Graduates*, Case No. 34-2008-00001156-CU-WM-GDS, alleging the following causes of action: (1) Petition for Writ of Mandate (C.C.P. § 1085), (2) Petition for Writ of Administrative Mandamus (C.C.P. § 1094.5), (3) Cause for Breach of Contract, (4) Cause for Injunctive Relief, (5) Cause for Interference with Prospective Economic Advantage (hereinafter "Petition for Writ of Mandate/Complaint"). In accordance with 28 U.S.C. § 1446(a), a true and correct copy of the Petition for Writ of Mandate/Complaint filed in the State Court Action is attached as Exhibit "1" to the Notice of Removal, concurrently filed herewith. Petitioner also filed a Notice of Change of Address in the State Court Action, a true and correct copy of which is attached as Exhibit "2" to the Notice of Removal.

    5.    On or about April 16, 2008, petitioner/plaintiff served ECFMG by certified mail with the Petition for Writ of Mandate/Complaint and the Notice of Change of Address.

    6.    On April 22, 2008, ECFMG received the Petition for Writ of Mandate/Complaint and the Notice of Change of Address.

2

DECLARATION OF MARC V. ALLARIA IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT BY DEFENDANT/RESPONDENT

660253.1

1  7.  Thus, this Notice of Removal is being timely filed, pursuant to 28
2  U.S.C. § 1446(b), within 30 days of ECFMG's receipt of the Petition for Writ of
3  Mandate/Complaint, which was the initial pleading filed in the State Court Action.
4  8.  The Petition for Writ of Mandate/Complaint and the Notice of Change
5  of Address constitute all process, pleadings, and orders received or sent by
6  ECFMG in this case. No proceedings have been conducted in the Superior Court
7  of the State of California in connection with the State Court Action.
8  9.  There are no other named parties to this action, at this time.
9  I declare under penalty of perjury under the laws of the United States of
10 America and the State of California that the foregoing is true and correct, and that
11 this declaration was executed on this 20th day of May 2008, at Los Angeles,
12 California.

Marc V. Allaria, Esq.

---

3
DECLARATION OF MARC V. ALLARIA IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT BY DEFENDANT/RESPONDENT

660253.1

## PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, Suite 2900, Los Angeles, California 90071.

On May 21, 2008 I caused the foregoing document described as DECLARATION OF MARC V. ALLARIA IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT BY DEFENDANT/RESPONDENT on all interested parties, through their respective attorneys of record in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| Douglas B. Schwab, Esq.<br>LAW OFFICES OF DOUGLAS B. SCHWAB<br>23622 Calabasas Road, Suite 147<br>Calabasas, CA  91302 | ***Attorneys for Plaintiff***<br>**Fax:**    (818) 225-9902<br>**Phone:** (818) 225-9900 |
|---|---|

  XX   (by MAIL) I caused such envelope(s), fully prepaid, to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence or mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  ___   (by UPS-Next Day Air) I deposited a copy of such document in a box or other facility regularly maintained by UPS, airbill number as indicated, in envelope designated by UPS with delivery fees provided.

  ___   (by HAND DELIVERY/PERSONAL SERVICE)  I caused said document(s) to be personally delivered by a courier/attorney service to the addressee above.

  ___   (by FACSIMILE)  I caused such document to be telephonically transmitted to the offices of the addressee noted above.

JURISDICTION

  XX   (Federal) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this May 21, 2008, at Los Angeles, California.

Irene Guzman-Buelna

4

DECLARATION OF MARC V. ALLARIA IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT BY DEFENDANT/RESPONDENT

660253.1