NOTICE OF NONCOMPLIANCE
See L.R. 5-133, 5.2 (E)(3)
Filed in Paper on

MAY 2 1 2008

U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

MAY 2 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

James A. Stankowski (State Bar No. 106367)
Marc V. Allaria (State Bar No. 168960)
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
James.Stankowski@wilsonelser.com
Marc.Allaria@wilsonelser.com

Attorneys for Defendants,
EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIN PANCHAL, M.D., <br><br> Plaintiff, <br><br> v. <br><br> EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES <br><br> Defendants. | Case No.: 1:08-CV-707-AWI-0LB <br><br> **DECLARATION OF STEPHEN S. SEELING IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT BY DEFENDANT/RESPONDENT** <br><br> Case Filing Date: January 15, 2008 <br> Trial Date: None Set |

TO THE UNITED STATES DISTIRCT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF/PETITIONER AND HIS ATTORNEYS OF RECORD:

I, Stephen S. Seeling, declare:

1. I am the Vice President for Operations for Defendant/Respondent Educational Commission for Foreign Medical Graduates ("ECFMG"). I have worked at ECFMG for 9 years, and I have reviewed the relevant documents regarding ECFMG's organizational structure.

---

1

DECLARATION OF STEPHEN S. SEELING IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT BY DEFENDANT/RESPONDENT

660249.1

2. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently thereto if called upon to do so.

3. I submit this Declaration in support of the Notice of Removal of Civil Action to United States District Court by Defendant/Respondent ("Notice of Removal") of an action filed in Superior Court of the State of California for the County of Sacramento, Case No. 34-2008-00001156-CU-WM-GDS (the "State Court Action").

4. On April 22, 2008, ECFMG received the combined Complaint/Petition for Writ of Mandate, which is the first pleading ECFMG received in this case, in addition to the Notice of Change of Address.

5. ECFMG is and was, at all times pertinent to this matter, a private, not-for-profit corporation organized under the laws of the State of Illinois, with its principal place of business in the Commonwealth of Pennsylvania.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed on this 20 day of May 2008, at Philadelphia, Pennsylvania.

Stephen S. Seeling

2
DECLARATION OF STEPHEN S. SEELING IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT BY DEFENDANT/RESPONDENT

660249.1

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, Suite 2900, Los Angeles, California 90071.

On May 21, 2008 I caused the foregoing document described as **DECLARATION OF STEPHEN S. SEELING IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT BY DEFENDANT/RESPONDENT** on all interested parties, through their respective attorneys of record in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| Douglas B. Schwab, Esq.<br>LAW OFFICES OF DOUGLAS B. SCHWAB<br>23622 Calabasas Road, Suite 147<br>Calabasas, CA 91302 | *Attorneys for Plaintiff*<br>**Fax:** (818) 225-9902<br>**Phone:** (818) 225-9900 |
|---|---|

**XX** (by **MAIL**) I caused such envelope(s), fully prepaid, to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence or mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ (by **UPS-Next Day Air**) I deposited a copy of such document in a box or other facility regularly maintained by **UPS**, airbill number as indicated, in envelope designated by **UPS** with delivery fees provided.

___ (by **HAND DELIVERY/PERSONAL SERVICE**) I caused said document(s) to be personally delivered by a courier/attorney service to the addressee above.

___ (by **FACSIMILE**) I caused such document to be telephonically transmitted to the offices of the addressee noted above.

**JURISDICTION**
**XX** (Federal) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this **May 21, 2008,** at Los Angeles, California.

Irene Guzman-Buelna