IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAVIN PANCHAL, M.D.,         )<br>                                                     )<br>            Plaintiff,            )<br>    v.                                      )<br>                                                     )<br>EDUCATIONAL COMMISSION FOR )<br>FOREIGN MEDICAL GRADUATES, )<br>                                                     )<br>            Defendant.         )<br>_____ ) | 1:08-CV-707  AWI DLB<br><br>ORDER FOR<br>INTRADISTRICT TRANSFER<br>TO SACRAMENTO |

　　　This case was removed from the Sacramento Superior Court to this Court on May 22, 2008. Sacramento County is within the Sacramento Division of this District, see L.R. 3-120, and the notice of removal indicates that removal was actually to occur in the Sacramento Division. See Notice of Removal.  Removal is authorized to the District Court "for the district *and division* embracing the place where [the] action is pending." 28 U.S.C. § 1441(a); see also 28 U.S.C. § 1446(a). Thus, this case has been removed to the wrong division, and should have been removed to the Sacramento Division.

　　　Removal to the correct district court but incorrect division is not considered a jurisdictional defect. See Kreimerman v. Casa Veerkamp, S.A. de C.V., 22 F.3d 634, 645 (5th Cir. 1994). Eastern District of California local rule 3-120(f) states: "Whenever in any action the Court finds upon its own motion, motion of any party, or stipulation that an action has not been

1  commenced in the proper Court in accordance with this Rule, or for other good cause, the Court
2  may transfer the same to another venue within the District." L.R. 3-120(f).  The Court will
3  transfer the case to the Sacramento Division.[1]

5  Accordingly, IT IS HEREBY ORDERED that this matter is forthwith transferred to the
6  Sacramento Division of the Eastern District of California.
7  IT IS SO ORDERED.
8  **Dated:   May 28, 2008**                              /s/ Anthony W. Ishii
   UNITED STATES DISTRICT JUDGE

---

[1] The Court cautions Defendant to exercise greater care with the filings it makes in this District.

2