James A. Stankowski (State Bar No. 106367)
Marc V. Allaria (State Bar No. 168960)
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:(213) 443-5100
Facsimile: (213) 443-5101
James.Stankowski@wilsonelser.com
Marc.Allaria@wilsonelser.com

Attorneys for Defendant,
EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAVIN PANCHAL, M.D.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES<br><br>　　　　　　　　Defendants. | Case No.: 2:08-cv-01180-MCE-EFB<br><br>**SECOND AMENDED [PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO F.R.C.P. RULE 12(b)(6), AND FAILURE TO SERVE SUMMONS PURSUANT TO F.R.C.P. RULE 12(b)(5)**<br><br>DATE:　Friday, July 25, 2008<br>TIME:　9:00 a.m.<br>PLACE:　Courtroom #7 |

TO PLAINTIFF/PETITIONER AND HIS ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on July 25, 2008, at 9:00 a.m., in Courtroom 7, located at 501 I Street, Sacramento, California, the Honorable Morrison C. England, Jr. presiding, heard Defendant EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES' (hereinafter "ECFMG") Motion to Dismiss Plaintiff PRAVIN PANCHAL, M.D. (hereinafter

1

"Plaintiff") pursuant to FRCP 12(b)(6) because the complaint fails to state a claim upon which relief may be granted to Plaintiff, on the grounds that they fail to state a cause of action, and are barred by the applicable statute of limitations. Alternatively, as Plaintiff failed to have a summons issued or served, the action should be dismissed pursuant to FRCP 12(b)(5).

**GOOD CAUSE APPEARING THE COURT HEREBY GRANTS** the Motion in its entirety, and Orders Plaintiff's action dismissed with/without leave to amend.

DATED: _____

_____
Hon. Morrison C. England, Jr.
JUDGE OF THE DISTRICT COURT

Submitted by:

Dated: June 5, 2008

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/ James A. Stankowski
James A. Stankowski, Esq.
Marc V. Allaria, Esq.
Attorneys for Defendant
EDUCATIONAL COMMISSION
FOR FOREIGN MEDICAL
GRADUATES

SECOND AMENDED [PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO F.R.C.P. RULE 12(b)(6), AND FAILURE TO SERVE SUMMONS PURSUANT TO F.R.C.P. RULE 12(b)(5)

662031.1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, Suite 2900, Los Angeles, California 90071.

On **June 5, 2008**, I served the foregoing document described as SECOND AMENDED [PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO F.R.C.P. RULE 12(b)(6), AND FAILURE TO SERVE SUMMONS PURSUANT TO F.R.C.P. RULE 12(b)(5) on all interested parties, through their respective attorneys of record in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| Douglas B. Schwab, Esq.<br>LAW OFFICES OF DOUGLAS B. SCHWAB<br>23622 Calabasas Road, Suite 147<br>Calabasas, CA 91302 | *Attorneys for Plaintiff*<br>**Fax:** (818) 225-9902<br>**Phone:** (818) 225-9900 |
|---|---|

**XX** (BY MAIL) I caused such envelope(s) fully prepaid to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence or mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ (BY OVERNIGHT-FEDERAL EXPRESS) I caused said document(s) to be picked up by U.S. Federal Express Services for overnight delivery to the offices of the addressees listed on the Service List.

____ (BY HAND DELIVERY/PERSONAL SERVICE) I caused said document(s) to be personally delivered by a courier/attorney service to each addressee on the Service list.

____ (BY FACSIMILE) I caused said document(s) to be telephonically transmitted to each addressee's telecopier (Fax) number as noted.

JURISDICTION

**XX** (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **June 5, 2008**, at Los Angeles, California.

_____
Irene Guzmán-Buelna

- 3 -

SECOND AMENDED [PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO F.R.C.P. RULE 12(b)(6), AND FAILURE TO SERVE SUMMONS PURSUANT TO F.R.C.P. RULE 12(b)(5)

662031.1