James A. Stankowski (State Bar No. 106367)
Marc V. Allaria (State Bar No. 168960)
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
James.Stankowski@wilsonelser.com
Marc.Allaria@wilsonelser.com

Attorneys for Defendant,
EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAVIN PANCHAL, M.D., <br><br>　　　　　Plaintiffs, <br><br>v. <br><br> EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES <br><br>　　　　　Defendants. | Case No.: 2:08-cv-01180-MCE-EFB <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO F.R.C.P. RULE 12(b)(6), AND FAILURE TO SERVE SUMMONS PURSUANT TO F.R.C.P. RULE 12(b)(5);** <br><br> OLD DATE: Friday, July 25, 2008 <br> NEW DATE: Friday, Sept. 5, 2008 <br> TIME:　　　9:00 a.m. <br> PLACE:　　Courtroom #7 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**WHEREAS** on July 25, 2008, at 9:00 a.m., in Courtroom 7, Defendant EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES (hereinafter "ECFMG") Motion to Dismiss the action brought by Plaintiff PRAVIN PANCHAL, M.D. (hereinafter "Plaintiff") pursuant to FRCP 12(b)(6)

1

and FRCP 12(b)(5) ("Motion") is scheduled to be heard before the Honorable Morrison C. England, Jr.

**WHEREAS**, Plaintiff's counsel Douglas B. Schwab, Esq. has advised ECFMG's counsel that he is experiencing severe medical problems which prevents him from filing Opposition on Plaintiff's behalf to ECFMG's Motion on its currently scheduled date.

**WHEREAS**, ECFMG has agreed to grant Plaintiff's request that the hearing date on ECFMG's Motion be continued until September 5, 2008.

It is so Stipulated:

Dated: July 7, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
James A. Stankowski, Esq.
Marc V. Allaria, Esq.
Attorneys for Defendant
EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

Dated: July 7, 2008

LAW OFFICES OF DOUGLAS B. SCHWAB,

By: _____
Douglas B. Schwab, Esq
Attorneys for Plaintiff PRAVIN PANCHAL, M.D.

2

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO F.R.C.P. RULE 12(b)(6), AND FAILURE TO SERVE SUMMONS PURSUANT TO F.R.C.P. RULE 12(b)(5);

674517.1

1
## ORDER

2

3  GOOD CAUSE APPEARING, it is hereby Ordered that ECFMG's Motion
4  to Dismiss is continued from July 25, 2008 to September 5, 2008 at 9:00 a.m., in
5  Courtroom 7.

6

7

8  Dated: July ___, 2008

9

10                          By:_____
                                Honorable Judge Morrison C. England, Jr.
11                              Judge of the U.S.D.C., Eastern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
- 3 -

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO F.R.C.P. RULE 12(b)(6), AND FAILURE TO SERVE SUMMONS PURSUANT TO F.R.C.P. RULE 12(b)(5);**

674517.1

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California, by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, Suite 2900, Los Angeles, California 90071.

On **July 7**, 2008, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUATN TO F.R.C.P. RULE 12(b)(6), AND FAILURE TO SERVE SUMMONS PURSUANT TO F.R.C.P. RULE 12(b)(5)** on all interested parties, through their respective attorneys of record in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Douglas B. Schwab, Esq.<br>LAW OFFICES OF DOUGLAS B. SCHWAB<br>23622 Calabasas Road, Suite 147<br>Calabasas, CA  91302 | ***Attorneys for Plaintiff***<br>***Fax:***  (818) 225-9902<br>**Phone:**  (818) 225-9900 |

**XX**   (BY MAIL) I caused such envelope(s) fully prepaid to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence or mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ (BY OVERNIGHT-FEDERAL EXPRESS) I caused said document(s) to be picked up by U.S. Federal Express Services for overnight delivery to the offices of the addressees listed on the Service List.

_____ (BY HAND DELIVERY/PERSONAL SERVICE) I caused said document(s) to be personally delivered by a courier/attorney service to each addressee on the Service list.

_____ (BY FACSIMILE) I caused said document(s) to be telephonically transmitted to each addressee's telecopier (Fax) number as noted.

JURISDICTION

**XX** (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 7, 2008**, at Los Angeles, California.

_____
Irene Guzman-Buelna

- 4 -

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO F.R.C.P. RULE 12(b)(6), AND FAILURE TO SERVE SUMMONS PURSUANT TO F.R.C.P. RULE 12(b)(5);

674517.1