James A. Stankowski (State Bar No. 106367)
Marc V. Allaria (State Bar No. 168960)
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:(213) 443-5100
Facsimile: (213) 443-5101
James.Stankowski@wilsonelser.com
Marc.Allaria@wilsonelser.com

Attorneys for Defendant,
EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAVIN PANCHAL, M.D., | Case No.: 2:08-cv-01180-MCE-EFB |
| Plaintiffs, | **STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO F.R.C.P. RULE 12(b)(6), AND FAILURE TO SERVE SUMMONS PURSUANT TO F.R.C.P. RULE 12(b)(5);** |
| v. | |
| EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES | |
| Defendants. | |
| | OLD DATE:  Friday, July 25, 2008 |
| | NEW DATE: Friday, Sept. 5, 2008 |
| | TIME:        9:00 a.m. |
| | PLACE:      Courtroom #7 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**WHEREAS** on July 25, 2008, at 9:00 a.m., in Courtroom 7, Defendant

EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

(hereinafter "ECFMG") Motion to Dismiss the action brought by Plaintiff

PRAVIN PANCHAL, M.D. (hereinafter "Plaintiff") pursuant to FRCP 12(b)(6)

and FRCP 12(b)(5) ("Motion") is scheduled to be heard before the Honorable

Morrison C. England, Jr.

**WHEREAS**, Plaintiff's counsel Douglas B. Schwab, Esq. has advised

ECFMG's counsel that he is experiencing severe medical problems which prevents

him from filing Opposition on Plaintiff's behalf to ECFMG's Motion on its

currently scheduled date.

**WHEREAS**, ECFMG has agreed to grant Plaintiff's request that the hearing

date on ECFMG's Motion be continued until September 5, 2008.

It is so Stipulated:

Dated:  July ___, 2008                    WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP


By:_____
    James A. Stankowski, Esq.
    Marc V. Allaria, Esq.
    Attorneys for Defendant
    EDUCATIONAL COMMISSION
    FOR FOREIGN MEDICAL
    GRADUATES

Dated:  July ___, 2008                    LAW OFFICES OF DOUGLAS B.
                                          SCHWAB,


By:_____
    Douglas B. Schwab, Esq
    Attorneys for Plaintiff PRAVIN
    PANCHAL, M.D.

1

# ORDER

2

3        GOOD CAUSE APPEARING, it is hereby Ordered that ECFMG's Motion

4   to Dismiss is continued from July 25, 2008 to September 5, 2008 at 9:00 a.m., in

5   Courtroom 7.

6   DATED:  7/11/2008

7

8   _____
    MORRISON C. ENGLAND, JR.
9   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28