KURT L. SCHMALZ, State Bar No. 109834
kschmalz@lurie-zepeda.com
NEERU JINDAL, State Bar No. 235082
njindal@lurie-zepeda.com
LURIE, ZEPEDA, SCHMALZ & HOGAN
A Professional Corporation
9107 Wilshire Boulevard, Suite 800
Beverly Hills, California 90210-5533
PH: (310) 274-8700   FAX: (310) 274-2798

Attorneys for Plaintiff
PRAVIN PANCHAL, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAVIN PANCHAL, M.D., <br><br> Plaintiff, <br><br> v. <br><br> EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, <br><br> Defendants. | Case No.  2:08-cv-01180-MCE-EFB <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Civ. Pro. § 41(a), Plaintiff Pravin Panchal, M.D. voluntarily dismisses the above-captioned action without prejudice.

Dated: August 18, 2008        LURIE, ZEPEDA, SCHMALZ & HOGAN
                                        KURT L. SCHMALZ


                                        By:    /s/ Kurt L. Schmalz
                                               Kurt L. Schmalz, Esq.
                                               Attorneys for Plaintiff
                                               PRAVIN PANCHAL, M.D.

W:\KLS_Files\PANCEC\Pleadings\PANCEC2008-08-12NoticeVoluntaryDismissal.doc

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is: 9107 Wilshire Boulevard, Suite 800, Beverly Hills, California 90210-5533.

    On **August 18, 2008**, I served ☐ the original ☒ a true copy of the within document(s) described as **NOTICE OF VOLUNTARY DISMISSAL** on all interested parties in this action:

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Beverly Hills, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at 9107 Wilshire Boulevard, Suite 800, Beverly Hills, California in the ordinary course of business. I am aware on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FEDEX:** I enclosed the documents in an envelope or package provided by FedEx and addressed to the person[s] on the attached service list. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **BY FACSIMILE:** I sent such document from facsimile machine on the above date, to the facsimile number to the attention of the individual set forth below. I certify that said transmission was completed and that all pages were received and that a report was generated by the facsimile machine which confirms said transmission and receipt.

☐ **BY ELECTRONIC MAIL:** by transmitting via electronic mail a true copy of the above listed document(s) to the email addresses set forth below on this date before 5:00 p.m.

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made.

Executed on **August 18, 2008**, at Beverly Hills, California.

    Claudia E. Stroe
Type or Print Name                           Signature

**LURIE, ZEPEDA, SCHMALZ & HOGAN**
9107 Wilshire Boulevard, Suite 800
Beverly Hills, California 90210-5533

# **SERVICE LIST**

| | |
|---|---|
| James A. Stankowski, Esq.<br>Marc V. Allaria, Esq.<br>Wilson, Elser, Moskowitz,<br>  Edelman & Dicker LLP<br>555 South Flower Street, Suite 2900<br>Los Angeles, California 90071 | Attorneys for Defendant<br>EDUCATIONAL COMMISSION FOR<br>FOREIGN MEDICAL GRADUATES<br>Tel: (213) 443-5100<br>Fax: (213) 443-5101<br>James.Stankowski@wilsonelser.com<br>Marc.Allaria@wilsonelser.com |
| Douglas B. Schwab, Esq.<br>Law Offices of Douglas B. Schwab<br>1900 Avenue of the Stars, Suite 2410<br>Los Angeles, California 90067 | Co-Counsel for Plaintiff<br>PRAVIN PANCHAL, M.D.<br>Tel: (310) 553-7176<br>Fax: (310) 552-0834 |

**LURIE, ZEPEDA, SCHMALZ & HOGAN**
9107 Wilshire Boulevard, Suite 800
Beverly Hills, California 90210-5533